IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JACQUELINE PFENDLER *on behalf of herself and all others similarly situated*,

    Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

    Defendant.

18cv0361

ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this 5th day of June, 2018, for the reasons set forth in Memorandum Opinion filed contemporaneously with this Order, the Court hereby GRANTS Defendant's Motion to Dismiss, Doc. No. 17. Plaintiff's Complaint is DISMISSED. The Clerk shall mark this case CLOSED.

    s/Arthur J. Schwab_____
    Arthur J. Schwab
    United States District Judge