UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2501
_____

JACQUELINE PFENDLER,
on behalf of herself and all others similarly situated,
                                                           Appellant

v.

PNC BANK, NATIONAL ASSOCIATION

On Appeal from the District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-18-cv-00361)
District Judge:  Honorable Arthur J. Schwab
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 19, 2019

Before:  SHWARTZ, KRAUSE, and BIBAS, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 19, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on June 5, 2018, be and the same is hereby AFFIRMED in all respects.  Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 21, 2019